UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIELLE LANGSTON<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC.<br><br>Defendant. | Case Number: 1:14-cv-08642<br><br>Honorable Judge Charles R. Norgle, Sr. |

## MOTION TO WITHDRAW AS COUNSEL

NOW COME Counsel for Plaintiff, Mohammed O. Badwan, Paul M. Bach, Matthew H. Hector, Ahmad T. Sulaiman, and Daniel J. McGarry of Sulaiman Law Group, Ltd. ("Plaintiff's counsel"), and pursuant to N.D Ill. L.R. 83.17, hereby moving this Honorable Court for leave to withdraw as counsel for Danielle Langston ("Plaintiff"), and in support thereof, stating as follows:

1. On October 31, 2014, Plaintiff filed this instant action against Defendant CACH, LLC ("CACH") alleging violations of the Fair Debt Collection Practices Act ("FDCPA"). [Dkt. 1].

2. On March 27, 2015, Plaintiff filed an Amended Complaint abandoning her claims pursuant to the FDCPA and raising claims pursuant to the Telephone Consumer Protection Act ("TCPA"). [Dkt. 30].

3. This case is set for trial on January 19, 2016. [Dkt. 43].

4. The parties have conducted discovery on Plaintiff's TCPA claims and discovery is set to close on December 31, 2015. [Dkt. 43].

5. During the discovery process, information came to light that required Plaintiff's immediate attention.

6. Plaintiff's counsel has made numerous unsuccessful attempts to contact Plaintiff through phone calls and written correspondence.

7. Despite Plaintiff's counsel's numerous attempts to contact Plaintiff, Plaintiff has been unresponsive.

8. Plaintiff's counsel cannot continue to prosecute this case without the assistance of Plaintiff.

WHEREFORE, Plaintiff's counsel respectfully request that this Court enter an Order granting Mohammed O. Badwan, Paul M. Bach, Matthew H. Hector, Ahmad T. Sulaiman, and Daniel J. McGarry leave to withdraw as counsel of record for Plaintiff and for any other such relief the Court deems just and appropriate.

    Respectfully submitted,

    /s/ Mohammed O. Badwan
    Mohammed O. Badwan
    *Counsel for Plaintiff*
    Sulaiman Law Group, LTD
    900 Jorie Blvd, Ste 150
    Oak Brook, IL 60523
    Phone (630)575-8181
    Fax: (630)575-8188

## **CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, an attorney, certify that on December 21, 2015, I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system and upon Plaintiff Danielle Langston via U.S. Mail at her last known address of:

Danielle Langston
5009 Capri Lane
Richton Park, IL 60471

/s/ Mohammed O. Badwan
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
*Counsel for Plaintiff*
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, ILLINOIS 60523
(630) 575-8181
mbadwan@sulaimanlaw.com